JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>RMDS HOSPITALITY GROUP, INC.,<br><br>Defendant. | Case No: 2:16-cv-03751-CAS-AGR<br><br>**ORDER** |

Upon Stipulation and good cause shown,

IT IS HEREBY ORDERED dismissing the above action with prejudice, with each party to bear their own costs and attorneys' fees.

DATED this 15th day of December, 2016.

*Christine A. Snyder*
_____
Judge of the U.S. District Court